# MEMORANDUM CASES.

[L. A. No. 8516. In Bank.—April 6, 1927.]

GOLDEN STATE BANK (a Corporation), Respondent, v.
BLANCHE L. DOLPH, Appellant.

[1] PROMISSORY NOTES — NEGOTIABILITY — TIME OF PAYMENT. — The
judgment in this case is affirmed on the authority of *The Anaheim
National Bank* v. *Dolph, ante,* p. 17.

APPEAL from a judgment of the Superior Court of
Orange County. R. Y. Williams, Judge. Affirmed.

The facts are stated in the opinion of the court.

Black, Hammack & Black and Meserve & Meserve for
Appellant.

Underwood, Burke & Cree for Respondent.

THE COURT.—[1]  This is an appeal on the judgment-
roll from a judgment in favor of the plaintiff on a promis-
sory note.  The facts are the same as those involved in *The
Anaheim National Bank* v. *Dolph, ante,* p. 17 [255 Pac.
184], with the exception of the amount of the note.  By
stipulation this appeal was submitted for decision on the
arguments and briefs in that case.  On the authority of said
case, the judgment is affirmed.